JACINTO SUÁREZ MIGOYA, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN JUAN, (sección primera), recurrido.

No. 666.—*Sometido:* Enero 21, 1927. *Resuelto:* Enero 28, 1927.

HIPOTECAS—REGISTRO E INSCRIPCIÓN—HIPOTECA SOBRE CASA ENCLAVADA EN SUELO AJENO—REQUISITOS PREVIOS A LA INSCRIPCIÓN—PREVIA INSCRIPCIÓN DE LA CASA A NOMBRE DEL DUEÑO INDEPENDIENTEMENTE DE LA INSCRIPCIÓN DEL DUEÑO DEL SOLAR.—Para inscribirse hipoteca sobre una casa construída en solar ajeno es necesario la previa inscripción de aquélla a nombre del dueño, evidenciada por un asiento separado e independiente del del dueño del solar en el registro. La mera mención de la existencia de la casa y de la cesión del solar en asiento practicado al inscribirse el título de dicho solar—en el

que está enclavada la casa—a nombre del dueño de éste no equivale a una inscripción de la casa o del usufructo del solar en cuestión a nombre del dueño de aquélla.

NOTA de *A. Malaret,* R. (Sección 1ª, San Juan), denegando inscripción de una hipoteca sobre una casa no inscrita a favor de los deudores y enclavada en solar ajeno. *Confirmada.*

*Heriberto Torres Solá,* abogado del recurrente; *El Registrador* compareció por escrito.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Al inscribirse cierto solar a nombre del municipio de Trujillo Alto, se hizo mención del hecho de que Domingo Díaz, previo consentimiento y permiso del municipio, había construído en dicho solar una casa. Posteriormente se denegó la inscripción de una hipoteca sobre la referida casa, por el fundamento de que ésta no estaba inscrita a nombre del deudor, según lo exige el artículo 20 de la Ley Hipotecaria.

No necesitamos poner en duda la contención del apelante de que la casa fabricada por el deudor hipotecario es accesoria al usufructo concedido por el municipio e inscribible al cumplirse con las formalidades prescritas por la ley. Pero no podemos convenir que la mera mención de la existencia de una casa y de la cesión hecha por el municipio en el asiento practicado al inscribirse el título del solar a nombre de dicho municipio, sea equivalente a una inscripción formal de la casa o del usufructo en cuestión a nombre de otra persona.

Lo que el artículo 20 dispone y exige como condición previa a la inscripción de una enajenación o gravamen de una casa así construída es la inscripción previa de la propiedad en cuestión a nombre del dueño, evidenciada por un asiento separado e independiente en el registro de la propiedad.

La mera mención en el asiento hecho al inscribirse una escritura a nombre del dueño del terreno no es una inscrip-

ción del título de un edificio enclavado en dicho terreno, construído por y perteneciente a otra persona, ni es tampoco una inscripción del título de tal dueño al usufructo. *Martín et al.* v. *Registrador,* 22 D.P.R. 149; *Santos* v. *Registrador,* 27 D.P.R. 852; *Rodríguez et al.* v. *Registrador,* 30 D.P.R. 497.

*La nota recurrida debe ser confirmada.*